UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x DKT#: 15-cv-02002
DONALD IPPOLITO,

                Plaintiff,

- against -

                                      **NOTICE OF MOTION**

CALL-A-HEAD CORP. and
CHARLES W. HOWARD,

                Defendant.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon the annexed affirmation of BRYAN KONOSKI, ESQ., and the exhibits attached hereto, the Plaintiff will move this court at a date and time to be determined by the Court, before the Honorable Judge Frederic Block, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY, 11201, for an **ORDER** approving the settlement of the within action, which is a lawsuit for unpaid wages under the FLSA and other related claims.

      No previous application for the relief sought herein had been made to any court.

Dated:     New York, NY
               February 10, 2016

                                        Yours, etc.,

                                        BRYAN KONOSKI
                                        Treyvus & Konoski, P.C.
                                        *Attorney(s) for the Plaintiff*
                                        305 Broadway, 14th Floor
                                        New York, NY 10007
                                        (212) 897-5832
                                        bkonoski@aol.com